United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                                           Chapter 13
NELSON B  HOWER
SUSAN L  HOWER

Debtor(s)                              Bankruptcy No.  0810388

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this      day of                   , 200_ upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee, this case is dismissed, and it is further ORDERED, that  MARC H.  PACHTMAN                counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby VACATED.

_____
Hon. Bruce I. Fox
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia PA 19106-0119


Counsel for Debtor(s)

MARC H.  PACHTMAN
2211 CHICHESTER AVENUE
SUITE 201
BOOTHWYN   PA   19061



Debtor(s)

NELSON B  HOWER
SUSAN L  HOWER

4053 W. 7TH STREET
TRAINER   PA   19061